

United States District Court
Eastern District of California

| | |
|---|---|
| Marine Engineers' Benficial Association, AFL-CIO | Case Number: 2:24-cv-02937-DJC-CSK |
| Plaintiff(s) | |

V.

Eco-Alpha Environmental and Engineering Services

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mark J. Murphy _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Marine Engineers' Beneficial Association, AFL-CIO, District-1-PCD

On _____ 12/02/1996 _____ (date), I was admitted to practice and presently in good standing in the

_____ District of Columbia Court of Appeals _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 11/13/2024 _____    Signature of Applicant: /s/ Mark J. Murphy _____

**Pro Hac Vice Attorney**

Applicant's Name: Mark J. Murphy

Law Firm Name: Mooney, Green, Saindon, Murphy, & Welch, P.C.

Address: 1920 L Street NW

Suite 400

City: Washington        State: DC        Zip: 20036

Phone Number w/Area Code: (202) 783-0010

City and State of Residence: Washington, DC

Primary E-mail Address: mmurphy@mooneygreen.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Abel Rodriguez

Law Firm Name: Beeson, Tayer, & Bodine, A.P.C.

Address: 520 Capitol Mall

Suite 300

City: Sacramento        State: CA        Zip: 95814

Phone Number w/Area Code: (916) 325-2100        Bar # 328407

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 13, 2024

Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT