UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE ENGINEERS' BENEFICIAL ASSOCIATION, AFL-CIO, DISTRICT No. 1-PCD,<br><br>Plaintiff,<br><br>v.<br><br>ECO-ALPHA ENVIRONMENTAL AND ENGINEERING SERVICES, INC.,<br><br>Defendants. | No. 2:24-cv-02937-DJC-CSJK<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Local Rule 230(b), argument for Defendant Eco-Alpha Environmental and Engineering Services, Inc.'s Motion to Dismiss was noticed for 1:30 pm on February 20, 2025. (ECF No. 13.) Argument was listed on Calendar and attorneys for Plaintiff and Defendant were provided notice of the date and time. *See* Local Rule 230(a). Plaintiff Marine Engineers' Beneficial Association, AFL-CIO, District No. 1-PCD's counsel, Abel Rodriguez, was present and in court for the hearing. However, Defendant's counsel Robert Sanford, James Quadra, and Rebecca Coll, failed to appear.

////

////

1

Accordingly, IT IS HEREBY ORDERED:

1. Defendant must show cause in writing, within fourteen days, as to why this Court should not issue sanctions for failure to appear, or in the alternative assess costs against Defendant borne by counsel for the Plaintiff regarding his attendance at the scheduled hearing. *See* Local Rule 230(i).

2. If counsel for Plaintiff requests that the Court assess said costs, he must file an affidavit setting forth the costs associated with his attendance at the scheduled hearing within seven days. Defendant may file a response within seven days thereafter, or include any objections to such affidavit along with their response to this Order.

3. Defendant's Motion to Dismiss is submitted without oral argument pursuant to Local Rule 230(g). If the Court subsequently concludes that oral argument is necessary, a hearing will be set, and the parties notified accordingly.

Dated:  February 20, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE